**Nos. 2017-2265, -2380**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

WISCONSIN ALUMNI RESEARCH FOUNDATION,

*Plaintiff-Appellee,*

*v.*

APPLE INC.,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Western District of Wisconsin, No. 3:14-cv-00062-wmc, Judge William M. Conley.

**JOINT STATEMENT OF COMPLIANCE
WITH FEDERAL CIRCUIT RULE 33**

| | |
|---|---|
| MORGAN CHU<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>(310) 277-1010 | WILLIAM F. LEE<br>WILMER CUTLER PICKERING<br>　HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| *Counsel for Plaintiff-Appellee*<br>*Wisconsin Alumni Research Foundation* | *Counsel for Defendant-Appellant*<br>*Apple Inc.* |

March 8, 2018

Counsel for the parties to this appeal certify that they have discussed the possibility of settlement in compliance with Federal Circuit Rule 33(a)(2)(A).

| | |
|---|---|
| March 8, 2018 | Respectfully submitted, |
| */s/ Morgan Chu* | */s/ William F. Lee* |
| MORGAN CHU | WILLIAM F. LEE |
| IRELL & MANELLA LLP | WILMER CUTLER PICKERING |
| 1800 Avenue of the Stars, Suite 900 |   HALE AND DORR LLP |
| Los Angeles, CA 90067 | 60 State Street |
| (310) 277-1010 | Boston, MA 02109 |
| | (617) 526-6000 |
| *Counsel for Plaintiff-Appellee* | *Counsel for Defendant-Appellant* |
| *Wisconsin Alumni Research Foundation* | *Apple Inc.* |

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Plaintiff-Appellee Wisconsin Alumni Research Foundation has consented to his signature on this Joint Certificate of Compliance with Federal Circuit Rule 33.

Dated: March 8, 2018                /s/ William F. Lee
                                    WILLIAM F. LEE
                                    WILMER CUTLER PICKERING
                                       HALE AND DORR LLP
                                    60 State Street
                                    Boston, MA 02109
                                    (617) 526-6000

# CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of March, 2018 I filed the foregoing Joint Statement of Compliance with Federal Circuit Rule 33 with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ William F. Lee*
WILLIAM F. LEE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000